### UNITED STATES of America, Plaintiff–Appellee,

v.

### Luis Carlos MENDEZ–LEON, a.k.a. Luis Carlos Leon–Mendez, Defendant–Appellant.

#### No. 12–10341.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 15, 2013.*

Filed Oct. 22, 2013.

Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Luis Carlos Mendez–Leon, pro se.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Henry L. Jacobs, Law Offices of Henry Jacobs, Tucson, AZ, for Defendant–Appellant.

Before: FISHER, GOULD, and BYBEE, Circuit Judges.

MEMORANDUM [**]

Luis Carlos Mendez–Leon appeals from the district court's judgment and challenges his guilty-plea conviction and 33–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Mendez–Leon's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Mendez–Leon the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Mendez–Leon waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.** The government's motion to allow late filing of its *Anders* letter is **GRANTED.**

**DISMISSED.**

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).